**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20800-COOKE/O'SULLIVAN**

LOWANDA FEQUIERE,

Plaintiff,

vs.

THE J.G. WENTWORTH COMPANY

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** ***with prejudice*** under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. The Clerk will **CLOSE** this case. The Court **DENIES** ***as moot*** any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 5th day of August 2021.

Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*